**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **RODGER LEE MORAN,** | ) | |
| **Petitioner,** | ) | **Civil Action No. 7:14cv00154** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **C. ZYCH, WARDEN,** | ) | **By: Norman K. Moon** |
| **Respondent.** | ) | **United States District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that respondent's motion to dismiss (Docket No. 10) is **GRANTED**, Moran's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED without prejudice**, and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 2nd day of March, 2016.

_Norman K Moon_
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE